USDC SDNY
DOCUMENT *PART I*
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/15

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re Application of Odeon Capital Group LLC for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding, <br><br> Petitioners. | Case No. **15 MISC 115** <br><br> **ECF Case** <br><br> [~~Proposed~~] **Order Granting Leave to Conduct Discovery for Use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782** |

THIS MATTER, having been brought to the Court by way of Application of Petitioner, Odeon Capital Group LLC, by and through its attorneys, Bressler, Amery & Ross, P.C., the Court having reviewed (i) the *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery in a Foreign Proceeding (the "Application"), (ii) the Memorandum of Law in Support of the Application, (iii) the Declaration of Mark D. Knoll in Support of the Application, and (iv) for other good cause shown,

It is, on this _29th_ day of _April_, 2015, ORDERED THAT Petitioner, Odeon Capital Group LLC be and hereby is granted leave to conduct discovery under 28 U.S.C. § 1782 in substantially the form of those certain Subpoenas identified in the Knoll Declaration at Exhibits E and F.

_____
Part I                                          U.S.D.J.